**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anthony Corrales, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Caleres, Inc. dba Caleres, a New York corporation; Famous Footwear, an entity of unknown form; and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No.  2:24-cv-00107-KJM-CKD<br><br>**ORDER**<br><br>Judge:         Hon. Kimberly J. Mueller<br>Courtroom:  3, 15th floor<br><br>Complaint Filed:   November 29, 2023 |

GOOD CAUSE APPEARING THEREFORE, **IT IS SO ORDERED** the opposition shall be filed on February 6, 2024  and the reply shall be filed on February 16, 2024 in anticipation of the hearing on defendants Caleres, Inc. dba Caleres' and Famous Footwear's Motion to Dismiss or Alternatively to Strike Additional Allegations ("Motion") scheduled for March 29, 2024, at 10:00 a.m. in Court Room 3, Floor 15.

IT IS SO ORDERED.

DATED:  January 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

- 1 -
ORDER