# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CORRALES, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CALERES, INC. dba CALERES, a New York corporation; FAMOUS FOOTWEAR, an entity of unknown form; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-00107-KJM-CKD |
| ANGELA DIANA PONCE,<br><br>    Plaintiff,<br><br>  vs.<br><br>BG RETAIL, LLC.,<br><br>    Defendant, | Case No. 2:24-cv-00623-KJM-AC<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO CONSOLIDATE RELATED CASES** |

1

Having considered the joint stipulation of plaintiff Anthony Corrales ("Plaintiff") and defendants Caleres, Inc. and Famous Footwear, (collectively referred to as "the Parties"), and for good cause shown, the Court orders as follows:

1. The Court consolidates the two related matters for all purposes, including trial: *Anthony Corrales v. Caleres, Inc., et al*. (Case No. 2:24-cv-00107-KJM-CKD) and *Angela Diana Ponce v. BG Retail, LLC, et al*. (Case No. 2:24-cv-00623-KJM-AC) with *Corrales* designated the lead case. *See* Fed. R. Civ. P. 42(a) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]"). The consolidated case shall be identified by case no. 2:24-cv-00107-KJM-CKD going forward. The parties shall file all further filing in the consolidated case - 2:24-cv-0107-KJM-CKD. The Clerk of Court is directed to close case no. 2:24-cv-00623-KJM-AC.

2. Plaintiff's counsel will dismiss Defendant Caleres, Inc. without prejudice from the action.

3. Plaintiff's counsel is directed to file a consolidated Complaint on behalf of Corrales and Ponce against BG Retail, LLC dba Famous Footwear by April 17, 2024.

4. In light of the parties' stipulation, Defendants Caleres, Inc.'s and Famous Footwear's Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Strike Additional Allegations, ECF No. 8, is **denied as moot**. The Motion Hearing set for 3/29/2024 is hereby vacated.

5. BG Retail, LLC is not required to respond to the Complaint in the *Ponce* matter.

6. BG Retail, LLC's response to the consolidated Complaint will be due based on the filing date of said consolidated Complaint and pursuant to Federal Rules.

**IT IS SO ORDERED.**

DATED: March 4, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE