D.LAW, INC.
Emil Davtyan (SBN 299363)
emil@d.law
David Yeremian (SBN 226337)
d.yeremian@d.law
Roman Shkodnik (SBN 285152)
r.shkodnik@d.law
Amanda Fazio (SBN 346350)
a.fazio@d.law
880 E Broadway
Glendale, CA 91205
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiffs ANGELA DIANA PONCE and
ANTHONY CORRALES on behalf of themselves
and others similarly situated

[Additional counsel and parties listed on following page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA DIANA PONCE and ANTHONY CORRALES, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BG RETAIL, LLC dba FAMOUS FOOTWEAR, a Delaware limited liability company and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO.:   2:24-cv-00107-KJM-CKD<br><br>**ORDER FOR STIPULATION TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE DATE** |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Michal J. Nader, SBN 200425
michael.nader@ogletree.com
Alexandra M. Asterlin, SBN 221286
alexandra.asterlin@ogletree.com
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916-840-3159

Sona P. Patel, SBN 334044
sona.patel@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
BG RETAIL, LLC dba FAMOUS FOOTWEAR

## ORDER

Pursuant to the above Stipulation and good cause appearing, it is hereby ordered as follows:

Defendant's responsive pleading deadline on Plaintiff's Consolidated Complaint is extended from March 29, 2024 to June 13, 2024.

**IT IS SO ORDERED**.

DATED: March 28, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE

3