D.LAW, INC.
Emil Davtyan (SBN 299363)
emil@d.law
David Yeremian (SBN 226337)
d.yeremian@d.law
Roman Shkodnik (SBN 285152)
r.shkodnik@d.law
Amanda Fazio (SBN 346350)
a.fazio@d.law
880 E Broadway
Glendale, CA 91205
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiffs ANGELA DIANA PONCE and
ANTHONY CORRALES on behalf of themselves
and others similarly situated

*[Additional counsel and parties listed on following page]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DIANA PONCE and ANTHONY CORRALES, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BG RETAIL, LLC dba FAMOUS FOOTWEAR, a Delaware limited liability company and DOES 1 through 50, inclusive<br><br>Defendant. | Case No.: 2:24-cv-00107-KJM-CKD<br><br>**ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE SECOND CONSOLIDATED COMPLAINT** |

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Michal J. Nader, SBN 200425
michael.nader@ogletree.com
Alexandra M. Asterlin, SBN 221286
alexandra.asterlin@ogletree.com
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone:   916-840-3150
Facsimile:    916-840-3159

Sona P. Patel, SBN 334044
sona.patel@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:   213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendant
BG RETAIL, LLC dba FAMOUS FOOTWEAR

# ORDER

The court has considered the Joint Stipulation requesting Entry of an Order Granting Plaintiffs Leave to File a Second Consolidated Complaint ("Joint Stipulation") filed by Plaintiffs ANGELA DIANA PONCE and ANTHONY CORRALES (collectively "Plaintiffs"), on behalf of themselves and all other similarly situated employees of Defendant BG RETAIL, LLC dba FAMOUS FOOTWEAR ("Defendant") (collectively, "the parties"), and the proposed Second Consolidated Complaint in the form attached at Exhibit A to the Joint Stipulation. With good cause appearing, and pursuant to the Joint Stipulation, the court approves the Joint Stipulation and it is hereby ordered that:

1. Plaintiffs are granted leave to file their Second Consolidated Complaint;
2. Plaintiffs' are directed to file their Second Consolidated Complaint within 7 days of the filing date of this order; and
3. Defendant's responsive pleading is due within 30 days of the filing date of the Second Consolidated Complaint.

**IT IS SO ORDERED.**

DATED: June 13, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE