**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA DIANA PONCE and ANTHONY CORRALES, on behalf of themselves and others similarly situated, | Case No. 2:24-cv-00107-KJM-CKD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE DATE** |
| vs. | |
| BG RETAIL, LLC dba FAMOUS FOOTWEAR, a Delaware limited liability company and DOES 1 through 50, inclusive, | Action Filed:        November 29, 2023
Trial Date:          TBD |
| Defendants. | |

The Court has considered the Joint Stipulation to Extend Defendant's Responsive Pleading Deadline Date submitted by Plaintiffs Anthony Corrales and Plaintiff Angela Diana Ponce (collectively "Plaintiffs"), and Defendant BG Retail, LLC dba Famous Footwear ("Defendant"). Good cause appearing therefor, the Court approves the Joint Stipulation and it is hereby ordered:

Defendant's responsive pleading deadline on Plaintiffs' Consolidated Complaint is extended from July 12, 2024 to July 26, 2024.

IT IS SO ORDERED.

DATED:  July 26, 2024.

CHIEF UNITED STATES DISTRICT JUDGE