Michal J. Nader, SBN 200425
michael.nader@ogletree.com
Alexandra M. Asterlin, SBN 221286
alexandra.asterlin@ogletree.com
Paul M. Smith, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916-840-3159

Sona P. Patel, SBN 334044
sona.patel@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
BG RETAIL, LLC dba FAMOUS FOOTWEAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DIANA PONCE and ANTHONY CORRALES, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BG RETAIL, LLC dba FAMOUS FOOTWEAR, a Delaware limited liability company and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00107-KJM-CKD<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING MEDIATION**<br><br>Action Filed:           November 29, 2023<br>Trial Date:              TBD |

**THIS COURT**, having read and considered the Joint Stipulation to Stay All Proceedings Pending Mediation by, between and among Plaintiff ANTHONY CORRALES and Defendants CALERES, INC. and FAMOUS FOOTWEAR, and finding good cause, orders as follows:

1. This action is stayed in its entirety until thirty (30) days after the January 21, 2025, mediation date.

1

ORDER GRANTING PARTIES' JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING MEDIATION

2. The Status Conference set for 8/22/2024 is vacated and continued to March 13, 2025, at 2:30 PM before Chief Judge Kimberly J. Mueller, with the filing of a joint status report 14 days prior.

3. If the Parties do not settle this action at the mediation, Defendants shall respond to the Second Amended Complaint by February 20, 2025.

4. Within five (5) business days following the Mediation Date, the Parties shall file a joint report to the Court on the status of the negotiations, including whether the Parties have reached a settlement.

**IT IS SO ORDERED.**

DATED: July 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE