UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angela Diana Ponce, et al. | No. 2:24-cv-00107-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| BG Retail, LLC dba Famous Footwear, et al., | |
| Defendants. | |

In July 2024, the court stayed this action based on the parties' stipulation, which they requested to permit them to focus on the private mediation of their dispute. *See* Stip. & Order, ECF No. 36. About six months later, in January 2025, the parties notified the court they had reached a settlement agreement and were preparing a long-form settlement agreement. ECF No. 38. The court directed the parties to file dispositional documents by February 21, 2025. ECF No. 39. The parties did not file dispositional documents and did not request an extension of their deadline; they instead filed a further joint status report, stating again that they had reached a settlement agreement and were preparing a long-form settlement agreement. ECF No. 40. The joint status report does not include any information beyond the brief statements in their previous joint report.

The court construes the parties' further joint status report as a request for an extension of time and grants that request nunc pro tunc. Dispositional documents must be filed by **March 14.**

1

1  **2025**.  This deadline will not be extended absent a showing of good cause.  Future failures to
2  comply with this court's orders may result in sanctions, including monetary sanctions or
3  dismissal.
4           IT IS SO ORDERED.
5   DATED:  March 4, 2025.

_____
UNITED STATES DISTRICT JUDGE