UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angela Diana Ponce, et al., | No. 2:24-cv-00107-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| BG Retail, LLC dba Famous Footwear, et al., | |
| Defendants. | |

Dispositional documents are currently due on March 14, 2025. *See* Order (Mar. 4, 2025), ECF No. 41. On March 5, 2025, the parties filed a joint status report requesting the court "continue the Case Management Conference for ninety days from May 13, 2025 and the deadline to file dispositional documents for ninety days from May 14, 2025." ECF No. 42. The parties do not explain their need for this extension beyond a brief statement that they are "currently preparing the Long Form Settlement Agreement" and "intend to remand this matter to state court." *Id.*

The court vacated all deadlines and hearings in a previous order. See Min. Order, ECF No. 39. The parties' request to continue the "Case Management Conference" is therefore **denied as moot**. But in light of the parties' repeated requests for extensions of time, which have consistently been accompanied by only minimal explanation, a status conference is **set for March 27, 2025 at 2:30 p.m.** before the undersigned. The status conference will proceed

1

1  remotely by videoconference on the Zoom application. The courtroom deputy will contact
2  counsel with more information in advance of the status conference. At the status conference, the
3  parties shall be prepared to discuss their request for a ninety-day extension of time. The status
4  conference will not be vacated or continued absent a detailed showing of good cause. The
5  deadline to file dispositional documents **remains March 14, 2025**. The parties may renew their
6  request to extend that deadline at the status conference on March 27, 2025.
7      IT IS SO ORDERED.
8  DATED: March 11, 2025.

_____
UNITED STATES DISTRICT JUDGE