**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA DIANA PONCE, ANTHONY CORRALES, and PRISCILLA ARELLANO on behalf of themselves and others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>BG RETAIL, LLC dba FAMOUS FOOTWEAR, a Delaware limited liability company and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-00107-KJM-CKD<br><br>**ORDER** |

The court**,** having read and considered the Joint Stipulation to Continue the Deadline to File Dispositional Documents by, between and among Plaintiffs ANGELA DIANA PONCE, ANTHONY CORRALES, and PRISCILLA ARELLANO ("Plaintiffs") and Defendant BG RETAIL, LLC dba FAMOUS FOOTWEAR ("Defendant") (collectively "Parties"), and finding good cause, orders as follows:

The deadline to file dispositional documents **is continued from June 27, 2025, to September 29, 2025**, to allow the Parties to finalize and execute the Settlement Agreement and remand to state court.

**IT IS SO ORDERED.**

DATED:  June 26, 2025.

_____
UNITED STATES DISTRICT JUDGE