Emil Davtyan, SBN 299363
emil@d.law
David Yeremian, SBN 226337
d.yeremian@d.law
Roman Shkodnik, SBN 285152
r.shkodnik@d.law
Enoch J. Kim, SBN 261146
e.kim@d.law
Amanda Fazio, SBN 346350
a.fazio@d.law
Norayr Zakaryan, SBN 356913
n.zakaryan@d.law
D.LAW, INC.
450 N Brand Blvd. Suite 840
Glendale, CA  91203
Telephone:     818-926-6465
Facsimile:     818-962-6469

Attorneys for Plaintiff
ANTHONY CORRALES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA DIANA PONCE, ANTHONY CORRALES, and PRISCILLA ARELLANO on behalf of themselves and others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BG RETAIL, LLC dba FAMOUS FOOTWEAR, a Delaware limited liability company and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00107-KJM-CKD<br><br>**ORDER REMANDING ACTION TO SACRAMENTO COUNTY SUPERIOR COURT** |

1
ORDER REMANDING ACTION TO SACRAMENTO COUNTY SUPERIOR COURT

1  Sona P. Patel, SBN 334044
   sona.patel@ogletree.com
2  Michael J. Nader, SBN 200425
   michael.nader@ogletree.com
3  Alexandra M. Asterlin, SBN 221286
   alexandra.asterlin@ogletree.com
4  Paul M. Smith, SBN 306644
   paul.smith@ogletree.com
5  Spencer S. Turpen, SBN 296483
   spencer.turpen@ogletree.com
6  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 Capitol Mall, Suite 2800
7  Sacramento, CA  95814
   Telephone:     916-840-3150
8  Facsimile:     916-840-3159

9

10 OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
11 400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
   Telephone:     213-239-9800
12 Facsimile:     213-239-9045

13 Attorneys for Defendant
   BG RETAIL, LLC dba FAMOUS FOOTWEAR
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
ORDER REMANDING ACTION TO SACRAMENTO COUNTY SUPERIOR COURT

# ORDER

The Court has considered the Joint Stipulation and Request to Remand Action to Sacramento Superior Court ("Joint Stipulation") filed by Plaintiffs ANGELA DIANA PONCE ANTHONY CORRALES, and PRISCILLA ARELLANO ("Plaintiffs) and Defendant BG RETAIL, LLC dba FAMOUS FOOTWEAR ("Defendant") (collectively referred to herein as the "Parties"). Having reviewed the Joint Stipulation, and with good cause appearing, it is hereby ORDERED that:

1. The Parties' Joint Stipulation is GRANTED and the Court hereby remands this Action (ED Cal. Case No. 2:24-cv-00107-KJM-CKD) in its entirety to Sacramento County Superior Court (Case No. 23CV012350) for all further proceedings;

2. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this Action.

**IT IS SO ORDERED.**

DATED:  October 6, 2025

_____
UNITED STATES DISTRICT JUDGE